IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

MICHAEL HALL,

        Plaintiff,

v.                                                  case no.   20-CV-1201  WJ / KRS

QUOTEWIZARD.COM LLC and Jane Does 1-5,

        Defendants.

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

The parties have agreed to a resolution of all disputes and controversies between them, without need of further court-intervention. The parties need to consummate their agreement and are working on that. When their agreement is consummated they intend to submit appropriate papers to the Court, as soon as possible, for dismissal of the above-entitled and numbered cause with prejudice.

                                      RESPECTFULLY SUBMITTED,

                      By:   /s/ Sid Childress

                             Sid Childress, Lawyer
                             1925 Aspen Dr. #600A
                             Santa Fe, NM 87505
                             (505) 433 - 9823
                             childresslaw@hotmail.com
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I caused this document to be served in accordance with D.N.M.LR-CIV. 5.1 by filing it through the Court's CM/ECF electronic filing system.

/s/ Sid Childress
_____