IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MICHAEL HALL,

        Plaintiff,

v.                                              case no.   20-CV-1201  WJ / KRS

QUOTEWIZARD.COM LLC and Jane Does 1-5,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41, Plaintiff Michael Hall and Defendant Quotewizard.com LLC hereby dismiss this case in its entirety, with prejudice. All parties shall bear their own fees and costs.

        RESPECTFULLY SUBMITTED,

By:  /s/ Sid Childress
_____
Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
(505) 433 - 9823
childresslaw@hotmail.com
Attorney for Plaintiff


QuoteWizard.com, LLC,
By its attorneys,

*/s/ Kevin P. Polansky*
Darin J. Lang (N.M. Bar No. 148405)
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202

1

darin.lang@nelsonmullins.com

Kevin Polansky *Pro Hac Vice*
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
kevin.polansky@nelsonmullins.com

*Attorneys for Defendant QuoteWizard.com LLC*

2